# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBC Studios, Inc.; Jay Leno; Rita Rudner; Jimmy Brogan; Diane Nichols; Sue Pascoe; Kathleen Madigan; and Bob Ettinger <br><br> Plaintiff(s), <br> v. <br> Judy Brown; Andrews McMeel Publishing, LLC; Sterling Publishing Co., Inc.; Quirk Productions, et al. <br> Defendant(s). | CASE NUMBER <br><br> 06-7572 SJO (VBKx) <br><br><br> NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.  `Dismissal is with prejudice.`

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| January 17, 2008 <br> *Date* | [signature] <br> *Signature of Attorney/Party* |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*